AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

EVOX PRODUCTIONS, LLC, a Delaware
limited liability company,

        Plaintiff,

   v.

CHROME DATA SOLUTIONS, LP, and
Delaware company; CHROME SYSTEMS, INC.,
a Delaware corporation; DOES 1-10,

        Defendants.

Civil Action No.  3:16-cv-57

**SUMMONS IN A CIVIL ACTION**

**TO:** **CHROME DATA SOLUTIONS, LP**
      **c/o CT Corporation System**
      **700 NE Multnomah Street, Floor 15**
      **Portland, OR  97232**

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it), ― or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) ― you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose names and addresses are:

      Anna Sortun, OSB No. 045279      Robyn C. Crowther, Bar No. 193840
      TONKON TORP LLP      Kelly Perigoe, Bar No. 268872
      1600 Pioneer Tower      CALDWELL LESLIE & PROCTOR, PC
      888 SW Fifth Avenue      725 South Figueroa Street, 31st Floor
      Portland, OR  97204-2099      Los Angeles, California 90017-5524

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

                *CLERK OF COURT*

Date: _____.    _____
                          *Signature of Clerk or Deputy Clerk*

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for Enter Play Sports, Inc. was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there, on *(date)*
_____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____
_____; or

☐ Other *(specify)*: _____
_____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

_____
Server's signature

Date: _____   _____
Printed name and title

_____
Server's Address

Additional information regarding attempted service, etc.:
_____
_____

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

EVOX PRODUCTIONS, LLC, a Delaware
limited liability company,

        Plaintiff,

   v.

CHROME DATA SOLUTIONS, LP, and
Delaware company; CHROME SYSTEMS, INC.,
a Delaware corporation; DOES 1-10,

        Defendants.

Civil Action No.  3:16-cv-57

**SUMMONS IN A CIVIL ACTION**

**TO:** **CHROME SYSTEMS, INC.**
**c/o CT Corporation System**
**700 NE Multnomah Street, Floor 15**
**Portland, OR  97232**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), ― or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) ― you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose names and addresses are:

| | |
|---|---|
| Anna Sortun, OSB No. 045279 | Robyn C. Crowther, Bar No. 193840 |
| TONKON TORP LLP | Kelly Perigoe, Bar No. 268872 |
| 1600 Pioneer Tower | CALDWELL LESLIE & PROCTOR, PC |
| 888 SW Fifth Avenue | 725 South Figueroa Street, 31st Floor |
| Portland, OR  97204-2099 | Los Angeles, California 90017-5524 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____.    _____
                                                                      *Signature of Clerk or Deputy Clerk*

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for Enter Play Sports, Inc. was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☐ Other *(specify)*: _____
_____

My fees are $_____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

_____
Server's signature

Date: _____          _____
Printed name and title

_____
Server's Address

Additional information regarding attempted service, etc.:
_____
_____