IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EVOX PRODUCTIONS, LLC,   No. 3:16-cv-00057-JR

       Plaintiff,

   v.

CHROME DATA SOLUTIONS, LP,   ORDER

       Defendant.

HERNANDEZ, District Judge:

Magistrate Judge Papak[1] issued a Findings & Recommendation (#101) on September 6, 2018, in which he recommends the Court grant Defendant's motion for summary judgment as to Plaintiff's contract-based claims and grant in part the motion as to Plaintiff's copyright claim. Plaintiff has timely filed objections to the Findings & Recommendation. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

When any party objects to any portion of the Magistrate Judge's Findings &

---

[1] After the filing of the Findings & Recommendation, this case was reassigned to Magistrate Judge Russo.

1 - ORDER

Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

I have carefully considered Plaintiff's objections and conclude there is no basis to modify the Findings & Recommendation. I have also reviewed the pertinent portions of the record *de novo* and find no other errors in the Magistrate Judge's Findings & Recommendation.

CONCLUSION

The Court ADOPTS Magistrate Judge Papak's Findings & Recommendation [101], and therefore, Defendant's motion for summary judgment [77] is granted as to the contract-based claims and granted as to the copyright claim except for conduct occurring after January 13, 2014.

IT IS SO ORDERED.

DATED this \_\_\_16\_\_\_ day of \_\_\_Nov\_\_\_, 2018.

_____
MARCO A. HERNANDEZ
United States District Judge

2 - ORDER