UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EVOX PRODUCTIONS LLC

          Plaintiff(s),

v.

CHROME DATA SOLUTIONS, LP

          Defendant(s).

Case No.: 3:16-cv-00057-JR

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

### Application for *Pro Hac Vice* Admission and CM/ECF Registration

Attorney __Meegan Brooks__ requests special admission *pro hac vice* to the Bar of the United States District Court for the District of Oregon in the above-captioned case for the purposes of representing the following party(s): Plainitff, Evox Productions LLC.

In support of this application, I certify that: 1) I am an active member in good standing with the __California__ State Bar; and 2) that I have read and am familiar with the Federal Rules of Evidence, the Federal Rules of Civil and Criminal Procedure, the Local Rules of this Court, and this Court's Statement of Professionalism.

I understand that my admission to the Bar of the United States District Court for the District of Oregon is solely for the purpose of litigating in the above matter and will be terminated upon the conclusion of the matter.

(1) **PERSONAL DATA:**

Name: __Brooks__ __Meegan__ __Bay__ _____
        *(Last Name)*   *(First Name)*   *(MI)*   *(Suffix)*

Agency/firm affiliation: __Steptoe & Johnson, LLP__

Mailing address: __One Market Street, Steuart Tower, Suite 1800__

City: __San Francisco__ State: __CA__ Zip: __94105__

Phone number: __(415) 365-6700__ Fax number: __(415) 365-6699__

Business e-mail address: __mbrooks@steptoe.com__

(2) **BAR ADMISSION INFORMATION:**

    (a) State bar admission(s), date(s) of admission, and bar number(s):
State Bar of California, admitted 10/29/14, SBN #298570

    (b) Other federal court admission(s) and date(s) of admission:
USDC, Central District of California, admitted 08/19/15
USDC, Northern District of California, admitted 01/23/15
Please see Exhibit A attached for a complete list

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association.

☐ I am now or have been subject to disciplinary action by a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Pursuant to LR 83-3, I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **CM/ECF REGISTRATION:**

I acknowledge that I will become a registered user of the Court's case management and electronic case filing system (CM/ECF) upon approval of this application, and I will receive electronic service pursuant to Fed. R. Civ. P. 5(b)(2)(E) and the Local Rules of the District of Oregon.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and I certify that the above information is true and correct.

DATED: 05/24/2019

_____
(*Signature*)  Meegan Books

**REQUIREMENT TO ASSOCIATE WITH LOCAL COUNSEL:**

LR 83-3(a)(1) requires applicants for *pro hac vice* admission to associate with local counsel, unless requesting a waiver of the requirement under LR 45-1.

To request a waiver of the requirement to associate with local counsel under LR 45-1, check the following box:

☐ I seek admission for the limited purpose of filing a motion related to a subpoena that this Court did not issue. Pursuant to LR 45-1(b), I request a waiver of the LR 83-3(a)(1) requirement to associate with local counsel and therefore do not include a certification from local counsel with this application.

To associate with local counsel, complete the following section and obtain the signature of local counsel.

Name: __Sortun__ __Anna__ _____ _____
       (Last Name)   (First Name)   (MI)   (Suffix)

OSB number: __045279__

Agency/firm affiliation: __Tonkon Torp LLP__

Mailing address: __888 S.W. Fifth Avenue, Suite 1600__

City: __Portland__ State: __OR__ Zip: __97204__

Phone number: __(503) 802-2107__ Fax number: __(503) 274-8779__

Business e-mail address: __anna.sortun@tonkon.com__

**CERTIFICATION OF ASSOCIATE LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in case number __3:16-cv-00057-JR__.

DATED: __June 3 2019__.

_____
(Signature of Local Counsel)

## COURT ACTION

Application for *pro hac vice* admission by  Meegan Brooks  in case number: 3:16-cv-00057-JR  is hereby:

☐ Approved subject to payment of fees.
☐ Denied.

DATED:_____.

_____
Judge

**EXHIBIT A**

| Court | Date of Admission | Good Standing |
|---|---|---|
| State Bar of California | 10/29/14 | Yes |
| U.S. District Court, Central District of California | 08/19/15 | Yes |
| U.S. District Court, Eastern District of California | 11/19/14 | Yes |
| U.S. District Court, Northern District of California | 01/23/15 | Yes |
| U.S. District Court, Southern District of California | 01/23/15 | Yes |
| U.S. District Court, Eastern District of Wisconsin | 01/11/16 | Yes |
| U.S. District Court, Northern District of Illinois | 03/02/18 | Yes |
| U.S. District Court, Eastern District of New York | 04/11/18 | Yes |