IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EVOX PRODUCTIONS, LLC,　　　　　　　　　　No. 3:16-cv-00057-JR

　　　　　　Plaintiff,

　　　v.

CHROME DATA SOLUTIONS, LP,　　　　　　　ORDER

　　　　　　Defendant.

HERNANDEZ, District Judge:

　　　Magistrate Judge Russo issued a Findings & Recommendation (#120) on June 26, 2019, in which she recommends the Court grant Plaintiff's motion to amend the Complaint. Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

1 - ORDER

CONCLUSION

The Court ADOPTS Magistrate Judge Russo's Findings & Recommendation [120], and therefore, Plaintiff's motion for leave to file an amended complaint [111] is granted. The amended complaint, along with a joint proposed case schedule setting forth the remaining case deadlines, shall be filed within fourteen (14) days of the date of this Order.

IT IS SO ORDERED.

DATED this \_\_\_\_31\_\_\_\_ day of \_\_\_July\_\_\_\_, 2019.

_____
MARCO A. HERNANDEZ
United States District Judge